# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELMON HENRY DAVIS III,<br><br>Petitioner,<br><br>v.<br><br>L.S. MCEWEN, Warden,<br><br>Respondent. | Case No. SA CV 11-1350 DOC (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice.

DATED: 09/27/11

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE